FILED

JUN 24 2009

Clerk, U.S. District and
Bankruptcy Courts

# United States District Court
# For the District of Columbia

Electronic Frontier Foundation,  )
)
)
)
          vs    Plaintiff  )    Case: 1:09-cv-01151
)   C  Assigned To : Sullivan, Emmet G.
Department of Justice,  )    Assign. Date : 6/24/2009
)    Description: FOIA/Privacy Act
)
          Defendant  )

**CERTIFICATE RULE LCvR 7.1**

I, the undersigned, counsel of record for __Electronic Frontier Foundation,__ certify that to the best of my knowledge and belief, the following are parent companies, subsidiaries or affiliates of __N/A__ which have any outstanding securities in the hands of the public:

None.

These representations are made in order that judges of this court may determine the need for recusal.

Attorney of Record

Signature

__360418__
BAR IDENTIFICATION NO.

__David L. Sobel__
Print Name

__1875 Conn. Ave., NW, Suite 650__
Address

__Washington, DC__     __20009__
City          State          Zip Code

__202-797-9009__
Phone Number