UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                            )
ELECTRONIC FRONTIER FOUNDATION,             )
                                            )
                    Plaintiff,              )
                                            )   Case No. 1:09-cv-01151 (EGS)
        v.                                  )
                                            )
                                            )
DEPARTMENT OF JUSTICE,                      )
                                            )
                    Defendant.              )
_____)

**NOTICE OF APPEARANCE**

    Please take notice of the appearance of the undersigned counsel on behalf the Defendant in the above-captioned matter. Pursuant to LcvR 83.1(j), the undersigned certifies that he is

familiar with the Local Rules of this Court and the other materials set forth in LcvR 83.8(b) and LcvR 83.9.

Dated:  July 24, 2009

Respectfully submitted,

TONY WEST
Assistant Attorney General

JOHN TYLER
Assistant Director
Civil Division

  /s/Bryan R. Diederich
Bryan R. Diederich (MA BBO # 647632, NY Reg. # 4216164)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Room 7109
Washington, D.C. 20530
Tel:  (202) 305-0198
Fax:  (202) 616-8470
E-mail:  bryan.diederich@usdoj.gov

Attorneys for Defendant