**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                                  )
ELECTRONIC FRONTIER FOUNDATION,   )
                                                                  )
                        Plaintiff,                           )
                                                                  )   Case No. 1:09-cv-01151 (EGS)
            v.                                                 )
                                                                  )
                                                                  )
DEPARTMENT OF JUSTICE,                      )
                                                                  )
                        Defendant.                      )
_____)

**JOINT PROPOSED SCHEDULING ORDER**

Pursuant to the Court's minute order of August 3, 2009, plaintiff Electronic Frontier Foundation and Defendant Department of Justice jointly move the Court to enter a briefing schedule as proposed below. The parties have agreed upon and propose that the Court order that:

1.   Defendant will complete the processing of Plaintiff's Freedom of Information of Act Request by October 13, 2009;

2.   Defendant will make any motion for summary judgment by November 13, 2009;

3.   Plaintiff will oppose Defendant's motion for summary judgment and/or cross move for summary judgment by December 14, 2009;

4.   Defendant will reply to Plaintiff's opposition and/or oppose Plaintiff's motion for summary judgment (if any) by January 4, 2009;

5.   Plaintiff will reply to Defendant's opposition to any cross-motion for summary judgment (if any) by January 19, 2009.

Respectfully submitted,

TONY WEST
Assistant Attorney General

 /s/David L. Sobel
DAVID L. SOBEL
D.C. Bar No. 360418
Electronic Frontier Foundation
1875 Connecticut Ave, N.W.
Suite 650
Washington, DC  20009
(202) 797-9009

MARCIA HOFMANN
D.C. Bar No. 484136
Electronic Frontier Foundation
454 Shotwell Street
San Francisco, CA  94110
(415) 436-9333

Attorneys for Plaintiff


Dated:  August 17, 2009

JOHN TYLER
Assistant Director
Civil Division

  /s/Bryan R. Diederich
Bryan R. Diederich (MA BBO # 647632, NY Reg. # 4216164)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Room 7109
Washington, D.C. 20530
Tel:  (202) 305-0198
Fax:  (202) 616-8470
E-mail:  bryan.diederich@usdoj.gov

Attorneys for Defendant