# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> DEPARTMENT OF JUSTICE, ) <br> ) <br> Defendant. ) <br> ) | Case No. 1:09-cv-01151 (EGS) |

## TRANSMITTAL DECLARATION OF BRYAN R. DIEDERICH

I, Bryan R. Diederich, declare as follows.

1. I am an attorney with the United States Department of Justice. I make this declaration for the sole purpose of transmitting certain documents to the Court.

2. Attached to this declaration as Exhibit A is a true and correct copy of the Attorney General's Guidelines for Domestic FBI Operations.

3. Attached to this declaration as Exhibit B is a true and correct copy of a memorandum from the Attorney General to the Heads of Department Components dated September 29, 2008.

4. Attached to this declaration as Exhibit C is a true and correct copy of a letter from Valerie Caproni to the Honorable John D. Rockefeller.

5. Attached to this declaration as Exhibit D is an extract from Senate Report 111-6. Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

/s/Bryan R. Diederich

Bryan R. Diederich

Dated:  November 13, 2009