IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION,** )<br>)<br>Plaintiff, )<br>v. )<br>)<br>)<br>**DEPARTMENT OF JUSTICE**, )<br>)<br>Defendant. )<br>) | C.A. No. 09-1151 (EGS) |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, that this action shall be dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, each party to bear its own costs and fees.

December 10, 2009

FOR THE PLAINTIFF:

  */s/ David L. Sobel*
DAVID L. SOBEL
Electronic Frontier Foundation
D.C. Bar No. 360418
1818 N Street, N.W., Suite 410
Washington, DC 20036
(202) 797-9009

FOR THE DEFENDANT:

TONY WEST
Assistant Attorney General

JOHN R. TYLER (D.C. Bar No. 297713)
Assistant Branch Director

  */s/ Bryan R. Diederich*
BRYAN R. DIEDERICH (MA BBO # 647632, NY Reg. # 4216164)
Trial Attorney
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883, Room 7109
Washington, D.C. 20530
Tel: (202) 305-0198
Fax: (202) 616-8470